COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| IN RE: | § | |
| | | No. 08-24-00007-CV |
| LAW OFFICES OF MANNIE KALMAN, | § | |
| P.C., as Successor Trustee of the VAL-ELIZ | | AN ORIGINAL PROCEEDING |
| CHILDREN'S TRUST, VALOR D. | § | |
| BLAZER, ELIZABETH BLAZER, and | | IN MANDAMUS |
| DAWN START BLAZER, | § | |
| | | |
| Relators. | § | |

## MEMORANDUM OPINION

Relators (the Law Offices of Mannie Kalman, P.C., as Successor Trustee of the Val-Eliz Children's Trust; Valor D. Blazer; Elizabeth Blazer; and Dawn Star Blazer) filed an original petition for writ of mandamus requesting that we order the Honorable Melissa A. Baeza of El Paso County's County Court at Law Number 3 to vacate her orders (1) granting real parties in interest's motion to strike jury demand and enforce jury trial waivers, and (2) denying Relators' motion for permissive appeal.

"Mandamus relief is an extraordinary remedy requiring the relator to show that (1) the trial court clearly abused its discretion and (2) the relator lacks an adequate remedy by appeal." *In re Kappmeyer*, 668 S.W.3d 651, 654 (Tex. 2023). To be entitled to relief, Relators had the burden to provide this Court with, among other things, "a certified or sworn copy of every document that is

material to the relator[s'] claim for relief and that was filed in any underlying proceeding[,]" Tex. R. App. P. 52.7(a)(1), and either "a properly authenticated transcript of any relevant testimony from any underlying proceeding, including any exhibits offered in evidence, or a statement that no testimony was adduced in connection with the matter complained[,]" *id.* Rule 52.7(a)(2). The documents contained in Relators' record are not all certified or sworn copies. Relators also failed to include either a transcript or statement consistent with Rule 52.7(a)(2). Thus, Relators failed to provide a record sufficient to establish their right to any relief, and we deny their petition for writ of mandamus.

LISA J. SOTO, Justice

April 15, 2024

Before Alley, C.J., Palafox and Soto, JJ.